54 F.3d 770
 Securities and Exchange Commission
v.
Eddie Antar, Sam E. Antar, Mitchell Antar, Isaac Kairey,
David Panoff, Eddie Gindi, Gabrielle Antar, Kathleen Morin;
Deborah Rosen Antar, Simone Antar, Nicole Antar, Danielle
Antar, Noelle Antar v. Charles C. Carella, Trustee/ Receiver
for Assets of Eddie Antar
 NO. 94-5627
 United States Court of Appeals,
Third Circuit.
 Apr 27, 1995
 
 Appeal From: D.N.J., No. 89-cv-03773,
 Politan, J.
 
 
 1
 AFFIRMED.